Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CARTER, MACY COMPANY, INC., Respondent, v. THE BANK LINE, LTD., Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS STEINBERG, Appellant, v. SAMUEL HOFFMAN, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOHN DONOHUE and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell and Martin, JJ., dissent.

JOSEPH M. KLEIN, Appellant, v. WILLIAM R. KLEIN, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell and Sherman, JJ., dissent and vote to reverse the order appealed from and grant the motion to vacate notice of examination. The date for the examination to proceed to be fixed in the order. Settle order on notice.

MAX YASSER, Appellant, v. BENJAMIN H. HERZOG and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLOTTE LICHTMAN v. MICHAEL LICHTMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the records on appeal to be filed on or before July 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANIELA MILLER, as Administratrix, etc., of JOHN MILLER, Deceased, v. JOHN F. CURRAN and Another.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JAMES BELLADONE and JOHN GAZZO and Others v. J. M. & P. SCANLON, INC., and Another.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAM BITTER v. ROSA BITTER.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SADIE SZYPULA v. SAM LATINS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HARRIS SHERMAN v. GEORGIA SHERMAN.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

REPUBLIC RADIATOR COMPANY v. SEABREEZE CONSTRUCTION CORPORATION and Another, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS MARKIN v. J. VARNUM MOTT and Another.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS MARKIN v. J. VARNUM MOTT and Another.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE CLINICAL LABORATORIES COMPANY v. WALTER JANVIER, INC.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.